NUMBER 13-07-00667-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

BRANDON SIEGFRIED, Appellant,


v.



THE STATE OF TEXAS, Appellee. 

_____________________________________________________________


On appeal from the 117th District Court of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam


 Appellant, Brandon Siegfried, attempted to appeal an order issued by the trial court
on September 24, 2007. On January 17, 2008, the Clerk of this Court notified appellant
that it appeared that the order from which the appeal was taken was not an appealable
order, and requested correction of this defect within ten days or the appeal would be
dismissed. Appellant has failed to respond to the Court's directive. 

 

 Accordingly, the appeal is DISMISSED. PER CURIAM



Do not publish. Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed 

this the 29th day of August, 2008.